**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**SUZANNE S. LEGG**
                     **Plaintiff**

          **VS.**                     **1:06-CV-167 (VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

                     **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's Motion for Judgment on the Pleadings is granted; Plaintiff's Motion for Judgment on the Pleadings is denied; therefore the Complaint filed by Suzanne S. Legg is hereby dismissed.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini dated the 2nd day of June, 2008.

                                                 **LAWRENCE K. BAERMAN**

**DATE**                                         **Clerk of Court**

                                                 **s/**

                                                 **Joanne Bleskoski**
                                                 **Deputy Clerk**